# In the United States District Court for the Southern District of Georgia Waycross Division

ANIL KUMAR,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

Respondents.

CV 526-1143

**ORDER**

Before the Court is Petitioner's Notice of Voluntary Dismissal, dkt. no. 2, wherein he notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition without prejudice. Petitioner having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted in this action are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.[1]

**SO ORDERED**, this 2 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[1] This dismissal does not affect Petitioner's other pending action, Case Number 5:26-cv-825, including Petitioner's motion for temporary restraining order.